# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| ANTOINE GORDON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1237RWS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that the status conference in this matter is reset for

**<u>Thursday, January 29, 2009 at 10:00 a.m.</u>** in my chambers.

Dated this 28th day of January, 2009.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE